B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Plainfield Business Center 2004, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-1500685** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**7252 Benton Drive**<br>**Frankfort, IL**<br><br>ZIP Code **60423** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Lots 1-2, 1-3, 1-4 and 1-5 of Plainfield Business Center, 12337 Route 59,**<br>**Plainfield, Illinois, 60585** |
|---|---|

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Plainfield Business Center 2004, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **Northern District of Illinois, Eastern Division** | Case Number: **11-01735** | Date Filed: **1/07/11** |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)  Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Plainfield Business Center 2004, LLC**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney\***

**X** **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number

**November 19, 2011**
Date

*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.*

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Joseph Ardovitch**
Signature of Authorized Individual

**Joseph Ardovitch**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**November 19, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Plainfield Business Center 2004, LLC**
                                                    Case No.
                                    Debtor(s)       Chapter       **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ardmin Properties Real Estate Group<br>7252 Benton Drive<br>Frankfort, IL 60423** | **Ardmin Properties Real Estate Group<br>7252 Benton Drive<br>Frankfort, IL 60423** | **Loan--Lots 1-4 and 1-5** | | **300,456.28** |
| **Ardmin Properties Real Estate Group<br>7252 Benton Drive<br>Frankfort, IL 60423** | **Ardmin Properties Real Estate Group<br>7252 Benton Drive<br>Frankfort, IL 60423** | **Loan--Lots 1-2 and 1-3** | | **72,668.26** |
| **Ardmin Properties Real Estate Group<br>7252 Benton Drive<br>Frankfort, IL 60423** | **Ardmin Properties Real Estate Group<br>7252 Benton Drive<br>Frankfort, IL 60423** | **Management Services--Lots 1-2, 1-3, 1-4 and 1-5** | | **52,280.01** |
| **Cozy Corner Restaurant<br>12337 Route 59, Unit 127-129<br>Plainfield, IL 60585** | **Cozy Corner Restaurant<br>12337 Route 59, Unit 127-129<br>Plainfield, IL 60585** | **Tenant's security deposit** | **Contingent Unliquidated Subject to Setoff** | **4,997.92** |
| **Flirty Kitty<br>12337 Route 59, Unit 137<br>Plainfield, IL 60585** | **Flirty Kitty<br>12337 Route 59, Unit 137<br>Plainfield, IL 60585** | **Tenant's security deposit** | **Contingent Unliquidated Subject to Setoff** | **2,500.00** |
| **French Cakes Patisserie<br>12337 Route 59, Unit 133<br>Plainfield, IL 60585** | **French Cakes Patisserie<br>12337 Route 59, Unit 133<br>Plainfield, IL 60585** | **Tenant's security deposit** | **Contingent Unliquidated Subject to Setoff** | **4,500.00** |
| **HCM Retirement Trust<br>7 Rand Court<br>Conto de Caza, CA 92679** | **HCM Retirement Trust<br>7 Rand Court<br>Conto de Caza, CA 92679** | **Lots 1-2, 1-3, 104 and 1-5 of Plainfield Business Park, 12337 Route 59, Plainfield, Illinois** | | **250,000.00** |
| **Journey Tae Kwon Do<br>12337 Route 59, Unit 121-123<br>Plainfield, IL 60585** | **Journey Tae Kwon Do<br>12337 Route 59, Unit 121-123<br>Plainfield, IL 60585** | **Tenant's security deposit** | **Contingent Unliquidated Subject to Setoff** | **8,075.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Plainfield Business Center 2004, LLC**                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lei in Hawaii Tanning<br>12337 Route 59, Unit 109<br>Plainfield, IL 60585 | Lei in Hawaii Tanning<br>12337 Route 59, Unit 109<br>Plainfield, IL 60585 | Tenant's security deposit | Contingent<br>Unliquidated<br>Subject to Setoff | 2,925.00 |
| Robert E. Thompson Jr. Trust B<br>25W275 Woodstock Court<br>Naperville, IL 60540 | Robert E. Thompson Jr. Trust B<br>25W275 Woodstock Court<br>Naperville, IL 60540 | Loan | | 160,184.01 |
| Robert/Thompson/Riverside Futures<br>178 Michaux Road<br>Riverside, IL 60549 | Robert/Thompson/Riverside Futures<br>178 Michaux Road<br>Riverside, IL 60549 | Loan | | 183,544.17 |
| Snow and Ice<br>25712 West 143rd Street<br>Plainfield, IL 60585 | Snow and Ice<br>25712 West 143rd Street<br>Plainfield, IL 60585 | Outside services--Lots 1-2 and 1-3 | Disputed<br>Subject to Setoff | 8,232.84 |
| Snow and Ice<br>25712 West 143rd Street<br>Plainfield, IL 60585 | Snow and Ice<br>25712 West 143rd Street<br>Plainfield, IL 60585 | Outside services--Lots 1-4 anmd 1-5 | Disputed<br>Subject to Setoff | 7,567.92 |
| Springfield Financial Services<br>12337 Route 59, Unit 139<br>Plainfield, IL 60585 | Springfield Financial Services<br>12337 Route 59, Unit 139<br>Plainfield, IL 60585 | Tenant's security deposit | Contingent<br>Unliquidated<br>Subject to Setoff | 2,625.00 |
| Standard Bank and Trust FBO<br>Chester B. Balder IRA<br>7800 West 95th Street<br>Hickory Hills, IL 60457 | Standard Bank and Trust FBO<br>Chester B. Balder IRA<br>7800 West 95th Street<br>Hickory Hills, IL 60457 | Loan | | 180,415.34 |
| Swanson Martin & Bell<br>330 N. Wabash, Suite 3300<br>Chicago, IL 60611 | Swanson Martin & Bell<br>330 N. Wabash, Suite 3300<br>Chicago, IL 60611 | Legal Fees | | 7,717.50 |
| Sweet Peppers Thai Cusine<br>12337 Route 59, Unit 143<br>Plainfield, IL 60585 | Sweet Peppers Thai Cusine<br>12337 Route 59, Unit 143<br>Plainfield, IL 60585 | Tenant's security deposit | Contingent<br>Unliquidated<br>Subject to Setoff | 2,625.00 |
| Vita Bella Pizza<br>12337 Route 59, Unit 115<br>Plainfield, IL 60585 | Vita Bella Pizza<br>12337 Route 59, Unit 115<br>Plainfield, IL 60585 | Tenant's security deposit | Contingent<br>Unliquidated<br>Subject to Setoff | 3,087.00 |
| White Fence Farm<br>12337 Route 59, Unit 145<br>Plainfield, IL 60585 | White Fence Farm<br>12337 Route 59, Unit 145<br>Plainfield, IL 60585 | Tenant's security deposit | Contingent<br>Unliquidated<br>Subject to Setoff | 2,656.25 |
| Zen Salon and Spa<br>12337 Route 59, Unit 113<br>Plainfield, IL 60585 | Zen Salon and Spa<br>12337 Route 59, Unit 113<br>Plainfield, IL 60585 | Tenant's security deposit | Contingent<br>Unliquidated<br>Subject to Setoff | 3,087.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Plainfield Business Center 2004, LLC**                Case No.               
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 19, 2011**                Signature   **/s/ Joseph Ardovitch**
                                                       **Joseph Ardovitch**
                                                       **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re **Plainfield Business Center 2004, LLC**
                                                                    Case No. _____
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **HCM Retirement Trust 7 Rand Court Conto de Caza, CA 92679** | - | | | December 29, 2008 **Second Mortgage** **Lots 1-2, 1-3, 1-4 and 1-5 of Plainfield Business Parks, 12337 Route 59, Plainfield, Illinois** | | | | | |
| | | | | Value $          **Unknown** | | | | **250,000.00** | **Unknown** |
| Account No. **RBS Citizens N.A. d/b/a Charter One c/o Riemer Braunstein 71 S. Wacker Dr., Suite 3 Chicago, IL 60606** | X - | | | September 29, 2004 **First Mortgage and Assignment of Rents** **Lots 1-2 and 1-3 of Plainfield Business Parks, 12337 Route 59, Plainfield, Illinois** | | | | | |
| | | | | Value $          **Unknown** | | | | **4,345,241.57** | **Unknown** |
| Account No. **RBS Citizens N.A. d/b/a Charter One c/o Riemer Braunstein 71 S. Wacker Dr., Suite 3 Chicago, IL 60606** | X - | | | May 13, 2005 **First Mortgage and Assignment of Rents** **Lots 1-4 and 1-5 of Plainfield Business Parks, 12337 Route 59, Plainfield, Illinois** | | | | | |
| | | | | Value $          **Unknown** | | | | **4,197,802.05** | **Unknown** |
| Account No. **RBS Citizens N.A. d/b/a Charter One c/o Riemer Braunstein 71 S. Wacker Dr., Suite 3 Chicago, IL 60606** | - | | | **Tenant accounts receivable** **Lots 1-4 and 1-5 of Plainfield Business Park** | | | | | |
| | | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| **1**   continuation sheets attached | | | | Subtotal (Total of this page) | | | | **8,793,043.62** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Plainfield Business Center 2004, LLC**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Tenant accounts receivable | | | | | |
| **RBS Citizens N.A. d/b/a Charter One c/o Riemer Braunstein 71 S. Wacker Dr., Suite 3 Chicago, IL 60606** | - | | **Lots 1-2 and 1-3 of Plainfield Business Park** | | | | | |
| | | | Value $         **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 8,793,043.62 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    **Plainfield Business Center 2004, LLC**                                              Case No. _____
                                                                    ,
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Plainfield Business Center 2004, LLC** _____,   Case No. _____

                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Illinois Department of Revenue** <br>**100 W. Randolph Avenue** <br>**Level 7-410** <br>**Chicago, IL 60601** | - | | | | | | **Unknown** <br><br>**Unknown** | **Unknown** <br><br>**0.00** |
| Account No. <br><br>**Internal Revenue Service** <br>**District Director** <br>**P.O. Box 745** <br>**Chicago, IL 60690** | - | | | | | | **Unknown** <br><br>**Unknown** | **Unknown** <br><br>**0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to | Subtotal <br>(Total of this page) | **0.00** <br>**0.00** |
| Schedule of Creditors Holding Unsecured Priority Claims | | **0.00** |
| | Total <br>(Report on Summary of Schedules) | **0.00** <br>**0.00** |
| | | **0.00** |

B6F (Official Form 6F) (12/07)

In re    **Plainfield Business Center 2004, LLC**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A Thin Line Tattoo**<br>**12337 Route 59, Unit 131**<br>**Plainfield, IL 60585** | - | | | | **Tenant's security deposit**<br>**Subject to setoff.** | X | X | | 2,250.00 |
| Account No.<br><br>**Ardmin Properties Real Estate Group**<br>**7252 Benton Drive**<br>**Frankfort, IL 60423** | - | | | | **January 1, 2011**<br>**Loan--Lots 1-2 and 1-3** | | | | 72,668.26 |
| Account No.<br><br>**Ardmin Properties Real Estate Group**<br>**7252 Benton Drive**<br>**Frankfort, IL 60423** | - | | | | **January 1, 2011**<br>**Loan--Lots 1-4 and 1-5** | | | | 300,456.28 |
| Account No.<br><br>**Ardmin Properties Real Estate Group**<br>**7252 Benton Drive**<br>**Frankfort, IL 60423** | - | | | | **Management Services--Lots 1-2, 1-3, 1-4 and 1-5** | | | | 52,280.01 |

__4__ continuation sheets attached

Subtotal
(Total of this page)    **427,654.55**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Plainfield Business Center 2004, LLC**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.

**Cozy Corner Restaurant**
**12337 Route 59, Unit 127-129**
**Plainfield, IL 60585** | - | | | | Tenant's security deposit
   Subject to setoff. | X | X | | 4,997.92 |
| Account No.

**Flirty Kitty**
**12337 Route 59, Unit 137**
**Plainfield, IL 60585** | - | | | | Tenant's security deposit
   Subject to setoff. | X | X | | 2,500.00 |
| Account No.

**French Cakes Patisserie**
**12337 Route 59, Unit 133**
**Plainfield, IL 60585** | - | | | | Tenant's security deposit
   Subject to setoff. | X | X | | 4,500.00 |
| Account No.

**HCM Retirement Trust**
**7 Rand Court**
**Conto de Caza, CA 92679** | | | | | Lots 1-2, 1-3, 104 and 1-5 of Plainfield Business Park, 12337 Route 59, Plainfield, Illinois | | | | 250,000.00 |
| Account No.

**Joseph C. Fanelli**
**2820 West 97th Place**
**Plainfield, IL 60805** | - | | | | Legal Services | | | | 1,137.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

263,134.92

B6F (Official Form 6F) (12/07) - Cont.

In re  **Plainfield Business Center 2004, LLC**
_____,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Tenant's security deposit<br>Subject to setoff. | | | | |
| Journey Tae Kwon Do<br>12337 Route 59, Unit 121-123<br>Plainfield, IL 60585 | - | | | | | X | X | | 8,075.00 |
| Account No. | | | | | Tenant's security deposit<br>Subject to setoff. | | | | |
| Lei in Hawaii Tanning<br>12337 Route 59, Unit 109<br>Plainfield, IL 60585 | - | | | | | X | X | | 2,925.00 |
| Account No. | | | | | January 1, 2009<br>Loan | | | | |
| Robert E. Thompson Jr. Trust B<br>25W275 Woodstock Court<br>Naperville, IL 60540 | | | | | | | | | 160,184.01 |
| Account No. | | | | | Loan | | | | |
| Robert/Thompson/Riverside Futures<br>178 Michaux Road<br>Riverside, IL 60549 | - | | | | | | | | 183,544.17 |
| Account No. | | | | | Tenant's security deposit<br>Subject to setoff. | | | | |
| Smile Care Dental<br>12337 Route 59, Unit 125<br>Plainfield, IL 60585 | - | | | | | X | X | | 1,543.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal _____
(Total of this page)   356,271.18

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Plainfield Business Center 2004, LLC** ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. <br><br> **Snow and Ice** <br>**25712 West 143rd Street** <br>**Plainfield, IL 60585** | - | | | | **Outside services--Lots 1-2 and 1-3** <br>  **Subject to setoff.** | | | X | 8,232.84 |
| Account No. <br><br> **Snow and Ice** <br>**25712 West 143rd Street** <br>**Plainfield, IL 60585** | - | | | | **Outside services--Lots 1-4 anmd 1-5** <br>  **Subject to setoff.** | | | X | 7,567.92 |
| Account No. <br><br> **Springfield Financial Services** <br>**12337 Route 59, Unit 139** <br>**Plainfield, IL 60585** | - | | | | **Tenant's security deposit** <br>  **Subject to setoff.** | X | X | | 2,625.00 |
| Account No. <br><br> **Standard Bank and Trust FBO** <br>**Chester B. Balder IRA** <br>**7800 West 95th Street** <br>**Hickory Hills, IL 60457** | - | | | | **Loan** | | | | 180,415.34 |
| Account No. <br><br> **Swanson Martin & Bell** <br>**330 N. Wabash, Suite 3300** <br>**Chicago, IL 60611** | - | | | | **Legal Fees** | | | | 7,717.50 |

Sheet no. __3__ of __4__ sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims         (Total of this page)    206,558.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Plainfield Business Center 2004, LLC**                                  ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Tenant's security deposit Subject to setoff. | | | | |
| Sweet Peppers Thai Cusine 12337 Route 59, Unit 143 Plainfield, IL 60585 | - | | | | | X | X | | 2,625.00 |
| Account No. | | | | | Tenant's security deposit Subject to setoff. | | | | |
| Vita Bella Pizza 12337 Route 59, Unit 115 Plainfield, IL 60585 | - | | | | | X | X | | 3,087.00 |
| Account No. | | | | | Tenant's security deposit Subject to setoff. | | | | |
| White Fence Farm 12337 Route 59, Unit 145 Plainfield, IL 60585 | - | | | | | X | X | | 2,656.25 |
| Account No. | | | | | Tenant's security deposit Subject to setoff. | | | | |
| Zen Salon and Spa 12337 Route 59, Unit 113 Plainfield, IL 60585 | - | | | | | X | X | | 3,087.00 |
| Account No. | | | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 11,455.25 |
| Total (Report on Summary of Schedules) | | 1,265,074.50 |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Plainfield Business Center 2004, LLC**                              Case No.

                                              Debtor(s)              Chapter      **11**


## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


        I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**18**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date    **November 19, 2011**                        Signature    **/s/ Joseph Ardovitch**

                                                                **Joseph Ardovitch**
                                                                **Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Plainfield Business Center 2004, LLC**                              ,      Case No. _____

Debtor

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ardmin Flint, LLC**<br>**7252 Benton Drive**<br>**Frankfort, IL 60423** | | **0.10000%** | **Limited Partner** |
| **Ardmin Properties R.E. Investment**<br>**7252 Benton Drive**<br>**Frankfort, IL 60423** | | **1.01600%** | **Limited Partner** |
| **B. Dolores Knott**<br>**515 Hall Court**<br>**Charleston, IL 61920-3229** | | **0.45800%** | **Limited Partner** |
| **Bernard and Susan Korzyniewski**<br>**234 South 7th Avenue**<br>**La Grange, IL 60525** | | **0.91600%** | **Limited Partner** |
| **Bonita C. McCarthy Rev. Trust**<br>**6031 West 130th Place**<br>**Palos Heights, IL 60463** | | **0.91600%** | **Limited Partner** |
| **Bret and Denise Schneider**<br>**4225 North Hermitage**<br>**Chicago, IL 60613** | | **2.28900%** | **Limited Partner** |
| **Bruce and Rebecca Lewis**<br>**2310 Burr Oak Road**<br>**Northfield, IL 60093** | | **1.83200%** | **Limited Partner** |
| **Carla and Paul Dobrovits**<br>**933 Sheteland Drive**<br>**Frankfort, IL 60423** | | **0.45800%** | **Limited Partner** |
| **Charles an Andrea Neckopulos**<br>**436 Catkins Way**<br>**Cary, IL 60013** | | **0.91600%** | **Limited Partner** |
| **Charles M. Remes**<br>**800 West Lill, Unit 303**<br>**Chicago, IL 60614** | | **2.28800%** | **Limited Partner** |
| **Charlyn Dombrock**<br>**27W767 Washington**<br>**Winfield, IL 60190** | | **0.91600%** | **Limited Partner** |

**6**____ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

In re    **Plainfield Business Center 2004, LLC** _____ ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher and Lisa Jones**<br>**107 223rd Street SE**<br>**Bothell, WA 98021** | | **2.28800%** | **Limited Partner** |
| **Cobalt Investment Ltd. Partnership**<br>**2433 Reeveds Road**<br>**Joliet, IL 60436** | | **1.14500%** | **Limited Partner** |
| **David G.. Anderson, M.D.**<br>**Advanced Surgical Associates**<br>**1526 Perdita Way**<br>**Greer, SC 29650** | | **0.45800%** | **Limited Partner** |
| **David O'Dell**<br>**2748 North 2553 Road**<br>**Marseilles, IL 61341** | | **1.14500%** | **Limited Partner** |
| **Dederichs Living Trust**<br>**c/o Paul Dederichs**<br>**10618 Ridgewood Drive**<br>**Palos Park, IL 60464** | | **1.37400%** | **Limited Partner** |
| **Derek Skuble**<br>**5650 Barclay Court**<br>**Lake Grove, IL 60047** | | **0.91600%** | **Limited Partner** |
| **Donald A. Balder, M.D.**<br>**1820 Arundel Road**<br>**Myrtle Beach, SC 29577** | | **0.91600%** | **Limited Partner** |
| **Donald and Margaret Schwender**<br>**321 Malden**<br>**La Grange Park, IL 60526** | | **0.91600%** | **Limited Partner** |
| **Donald M. Adamitis Trust**<br>**901 Garnet Circle**<br>**Schaumburg, IL 60193-4109** | | **1.37400%** | **Limited Partner** |
| **Elaine M. Ciolkowski Trust**<br>**7006 Aptos Court**<br>**Las Vegas, NV 89113** | | **0.91600%** | **Limited Partner** |
| **Estate of Mark H. Neel**<br>**Neel, Fitzgerald & Company**<br>**1143 Halle Park Circle**<br>**Collierville, TN 38017** | | **2.28800%** | **Limited Partner** |
| **FIG Investment Group, Inc.**<br>**9757 South Springfield**<br>**Evergreen Park, IL 60805** | | **0.91600%** | **Limited Partner** |

Sheet   **1**   of   **6**   continuation sheets attached to the List of Equity Security Holders

In re    **Plainfield Business Center 2004, LLC**
           ,    Case No. _____
                  Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fred and Donna Halper**<br>**300 St. Andrew Drive**<br>**Schererville, IN 46375** | | **0.91600%** | **Limited Partner** |
| **G2 Stratgegies, LLC**<br>**1497 Lake Shore Court**<br>**Barrington, IL 60010** | | **0.91600%** | **Limited Partner** |
| **George and Dawn Shanine**<br>**3803 Looking Post Court**<br>**Naperville, IL 60564** | | **0.91600%** | **Limited Partner** |
| **George and Harriette Stret**<br>**910 Hillview Drive**<br>**Lemont, IL 60439** | | **0.91600%** | **Limited Partner** |
| **Glenn Graham**<br>**1294 Georgetown Way**<br>**Vernon Hills, IL 60061** | | **0.91600%** | **Limited Partner** |
| **Goose Landings, LLC**<br>**9120 Schillton Drive**<br>**Saint John, IN 46373** | | **0.45800%** | **Limited Partner** |
| **Hears Investment Group**<br>**3460 Interlochen Lane**<br>**Naperville, IL 60564** | | **1.09900%** | **Limited Partner** |
| **Imad Aboukheir**<br>**P.O. Box 611**<br>**Worth, IL 60482** | | **0.91600%** | **Limited Partner** |
| **James and Joyce Kolbas**<br>**5216 Thatcher Drive**<br>**Naperville, IL 60564** | | **0.45800%** | **Limited Partner** |
| **James and Mary Ardovitch Trust**<br>**5249 South Mobile Avenue**<br>**Chicago, IL 60538** | | **0.45800%** | **Limited Partner** |
| **Jeffrey T. Lauinger Trust**<br>**18027 Woodland Terrqace**<br>**Spring Lake, MI 48103** | | **2.28800%** | **Limited Partner** |
| **Jerome J. Wiermanski Trust**<br>**c/o Jerome J. Wiermanski**<br>**P.O. Box 399**<br>**Wayne, IL 60184** | | **0.91600%** | **Limited Partner** |

Sheet   **2**   of   **6**   continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re     **Plainfield Business Center 2004, LLC**
_____ ,     Case No. _____
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **John and Brian Lantz**<br>**505 Hilbrich Drive**<br>**Schererville, IN 46375** | | **2.28800%** | **Limited Partner** |
| **John and Dina Cady**<br>**4417 Stanley Avenue**<br>**Downers Grove, IL 60515** | | **0.91600%** | **Limited Partner** |
| **John Kapusciarz**<br>**5253 South New England**<br>**Chicago, IL 60638** | | **0.91600%** | **Limited Partner** |
| **John T. Steinhaus**<br>**4615 Mather Court**<br>**Naperville, IL 60564** | | **0.91600%** | **Limited Partner** |
| **Joseph and Cynthia Panfil**<br>**2832 Jarrett Drive**<br>**Schererville, IN 46375** | | **0.91600%** | **Limited Partner** |
| **Joseph N. and Shirley Scarioni Tr.**<br>**5814 South New England**<br>**Chicago, IL 60638** | | **2.28800%** | **Limited Partner** |
| **Joshua Halpern**<br>**711 Main Street**<br>**Schererville, IN 46375** | | **0.91600%** | **Limited Partner** |
| **Joyce Pagtaconan**<br>**521 South Delphia Avenue**<br>**Park Ridge, IL 60068** | | **0.91600%** | **Limited Partner** |
| **Karl A. Strassburger**<br>**1004 West Old Mill Road**<br>**Lake Forest, IL 60045** | | **2.28800%** | **Limited Partner** |
| **Karl H. Strassburger Trust**<br>**1940 Lewis Lane**<br>**Highland Park, IL 60035** | | **2.28800%** | **Limited Partner** |
| **Kelli Reifel Trust**<br>**16824 Downstream Drive**<br>**Noblesville, IN 46062** | | **0.91600%** | **Limited Partner** |
| **Lou Ann Froelich**<br>**18126 Brecken Ridge Blvd.**<br>**Orland Park, IL 60467** | | **0.91600%** | **Limited Partner** |
| **Lurana Peterson**<br>**3N104 Springvale**<br>**West Chicago, IL 60185-1555** | | **0.91600%** | **Limited Partner** |

Sheet   **3**   of   **6**   continuation sheets attached to the List of Equity Security Holders

In re    **Plainfield Business Center 2004, LLC**                                    ,    Case No. _____

                                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark and Mary Bookman**<br>**4708 North Maplewood**<br>**Chicago, IL 60625** | | **1.14500%** | **Limited Partner** |
| **Mark L. and Eileen Y. Martina**<br>**3291 Johnsbury Court**<br>**Aurora, IL 60504** | | **0.91600%** | **Limited Partner** |
| **Mark Mangan and Mary-Best Mangan**<br>**10520 Lawndale**<br>**Chicago, IL 60655** | | **1.14500%** | **Limited Partner** |
| **Michael and Kathleen Bumpus**<br>**2227 University Drive**<br>**Naperville, IL 60565** | | **0.91600%** | **Limited Partner** |
| **Michael and Sharon Rosenberg**<br>**745 Marion**<br>**Highland Park, IL 60035** | | **0.91600%** | **Limited Partner** |
| **Milton and Lila Wiersma**<br>**8755 West 113th Street**<br>**Palos Park, IL 60464-1807** | | **0.91600%** | **Limited Partner** |
| **Mohammed and Woshila Siddiqui**<br>**2535 Fontana Drive**<br>**Glenview, IL 60025** | | **0.45800%** | **Limited Partner** |
| **Nick B. and Ellen Kroner-Andriacchi**<br>**1812 S. Clark, Suite 9**<br>**Chicago, IL 60616** | | **0.91600%** | **Limited Partner** |
| **Partners 20, LLC**<br>**7252 Benton Drive**<br>**Frankfort, IL 60423** | | **3.69200%** | **Limited Partner** |
| **Patricia Reilly Davis Trust**<br>**321 Spruce**<br>**Naperville, IL 60540** | | **0.91600%** | **Limited Partner** |
| **Patrick Kolzow & Mike Senko as TIC**<br>**808 Woodewind Drive**<br>**Naperville, IL 60540** | | **0.91600%** | **Limited Partner** |
| **Patsy A. Jones**<br>**5429 West 137th Street**<br>**Crestwood, IL 60445** | | **0.91600%** | **Limited Partner** |
| **Paul Navin & Victoria Ingram-Navin**<br>**2468 Westbranch Court**<br>**Naperville, IL 60565** | | **1.37400%** | **Limited Partner** |

Sheet   **4**   of   **6**   continuation sheets attached to the List of Equity Security Holders

In re    **Plainfield Business Center 2004, LLC**
_____,   Case No. _____
                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peter J. Tepler TTE**<br>**1305 Darien Club Drive**<br>**Darien, IL 60561** | | **9.15500%** | **Limited Partner** |
| **Randal A. Zahora**<br>**4813 Lee Avenue**<br>**Downers Grove, IL 60515** | | **0.91600%** | **Limited Partner** |
| **RBP Revocable Trust**<br>**1155 Crabapple Lane**<br>**Elgin, IL 60124** | | **0.91600%** | **Limited Partner** |
| **Robert J. and Karen Marie Adamitis**<br>**5009 Elm Circle Drive**<br>**Oak Lawn, IL 60453-3903** | | **0.91600%** | **Limited Partner** |
| **Roger D. Voorhees**<br>**7352 Paradise Lane**<br>**Orland Park, IL 60462-6621** | | **0.91600%** | **Limited Partner** |
| **Ron and Maureen Reddy**<br>**7060 Tbilisi Place**<br>**Dulles, VA 20189** | | **0.91600%** | **Limited Partner** |
| **Russel L. Warye Dec. of Trust**<br>**c/o Russel L. Warye**<br>**P.O. Box 1000**<br>**Libertyville, IL 60048** | | **0.91600%** | **Limited Partner** |
| **Schwartz Enterprises Ltd. Partners**<br>**458 North Green Bay Road**<br>**Waukegan, IL 60085** | | **1.37400%** | **Limited Partner** |
| **Scott and Renee Viola**<br>**2723 Wait Road**<br>**Naperville, IL 60564** | | **0.91600%** | **Limited Partner** |
| **Steve B. Park**<br>**25 Fall Meadow Drive**<br>**Pittsford, NY 14534** | | **0.91600%** | **Limited Partner** |
| **Thomas and Karen Neckopulos**<br>**3609 Monica Trail**<br>**Crystal Lake, IL 60014** | | **0.91600%** | **Limited Partner** |
| **Thomas Comyn**<br>**27363 West Flynn Creek Drive**<br>**Barrington, IL 60010** | | **0.45800%** | **Limited Partner** |

Sheet   **5**   of   **6**   continuation sheets attached to the List of Equity Security Holders

In re   **Plainfield Business Center 2004, LLC**                                          ,        Case No. _____
                                                          Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Thomas James Horak 20-02 Living Tr.**<br>**110 Old Mill Road**<br>**Barrington, IL 60010** | | **1.14500%** | **Limited Partner** |
| **Thomas W. Southwood**<br>**600 Woodbridge Road**<br>**Springfield, IL 62711** | | **0.91600%** | **Limited Partner** |
| **Tim and Brooke Karbonik**<br>**2712 Fairhauser Road**<br>**Naperville, IL 60564** | | **0.91600%** | **Limited Partner** |
| **Todd M. Tweedy**<br>**6N447 Virginia**<br>**Roselle, IL 60172** | | **0.91600%** | **Limited Partner** |
| **Vilardi Living Trust**<br>**c/o Jerry Vilardi**<br>**637 SW Palmetto Cove**<br>**Port Saint Lucie, FL 34986** | | **0.91600%** | **Limited Partner** |
| **Wallace Perkins**<br>**213 North Signal Hill Road**<br>**North Barrington, IL 60010** | | **2.28800%** | **Limited Partner** |
| **Welch Partners, LLC**<br>**9367 Villagio Way**<br>**Saint John, IN 46373** | | **2.28800%** | **Limited Partner** |
| **Zulfiquar and Lori Rizvi**<br>**104 Windmill Road**<br>**Orland Park, IL 60467-7340** | | **0.91600%** | **Limited Partner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**November 19, 2011**_____        Signature_**/s/ Joseph Ardovitch**_____
                                                                      **Joseph Ardovitch**
                                                                      **Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet __**6**__ of __**6**__ continuation sheets attached to the List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Plainfield Business Center 2004, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                      **31**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November 19, 2011**

**/s/ Joseph Ardovitch**

**Joseph Ardovitch/Manager**
Signer/Title

.

428 S. Scoville, LLC
5243 South Mobile
Chicago, IL 60638

A Thin Line Tattoo
12337 Route 59, Unit 131
Plainfield, IL 60585

Allied Waste Services
808 South Joliet Street
Joliet, IL 60436

Ardmin Properties Real Estate Group
7252 Benton Drive
Frankfort, IL 60423

Commercial Properties Maintenance
P.O. Box 463
Frankfort, IL 60423

Cozy Corner Restaurant
12337 Route 59, Unit 127-129
Plainfield, IL 60585

D&I Electroncs
24802 Caton Farm Road
Plainfield, IL 60586

Dennis L. Madsen
2850 Jarrett Drive
Schererville, IN 46375

Flirty Kitty
12337 Route 59, Unit 137
Plainfield, IL 60585

French Cakes Patisserie
12337 Route 59, Unit 133
Plainfield, IL 60585

HCM Retirement Trust
7 Rand Court
Conto de Caza, CA 92679

Illinois Department of Revenue
100 W. Randolph Avenue
Level 7-410
Chicago, IL 60601


Internal Revenue Service
District Director
P.O. Box 745
Chicago, IL 60690


James Minick
18 Elizabeth Lane
Downers Grove, IL 60516


Joseph Ardovitch
8416 Creekside Lane
Darien, IL 60561


Joseph C. Fanelli
2820 West 97th Place
Plainfield, IL 60805


Journey Tae Kwon Do
12337 Route 59, Unit 121-123
Plainfield, IL 60585


Lei in Hawaii Tanning
12337 Route 59, Unit 109
Plainfield, IL 60585


RBS Citizens N.A. d/b/a Charter One
c/o Riemer Braunstein
71 S. Wacker Dr., Suite 3
Chicago, IL 60606


Robert E. Thompson Jr. Trust B
25W275 Woodstock Court
Naperville, IL 60540


Robert/Thompson/Riverside Futures
178 Michaux Road
Riverside, IL 60549

SIMN II, LLC
333 Skokie Blvd., No. 114
Northbrook, IL 60062


Smile Care Dental
12337 Route 59, Unit 125
Plainfield, IL 60585


Snow and Ice
25712 West 143rd Street
Plainfield, IL 60585


Springfield Financial Services
12337 Route 59, Unit 139
Plainfield, IL 60585


Standard Bank and Trust FBO
Chester B. Balder IRA
7800 West 95th Street
Hickory Hills, IL 60457


Swanson Martin & Bell
330 N. Wabash, Suite 3300
Chicago, IL 60611


Sweet Peppers Thai Cusine
12337 Route 59, Unit 143
Plainfield, IL 60585


Vita Bella Pizza
12337 Route 59, Unit 115
Plainfield, IL 60585


White Fence Farm
12337 Route 59, Unit 145
Plainfield, IL 60585


Zen Salon and Spa
12337 Route 59, Unit 113
Plainfield, IL 60585