UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 11-46994
PLAINFIELD BUSINESS CENTER 2004, )
LLC )
) Chapter: 7
)
) Honorable Eugene R. Wedoff
)
Debtor(s) )

**ORDER AUTHORIZING THE DEBTOR THE INTERIM USE OF CASH COLLATERAL TO PAY ACTUAL AND NECESSARY EXPENSES TO OPERATE ITS BUSINESS AS DEBTOR IN POSSESSION PENDING A FINAL HEARING**

THIS CAUSE coming on to be heard on the Emergency Motion for Use of Cash Collateral of Plainfield Business Center 2004, LLC, an Illinois limited liability company, the debtor and debtor in possession (the "Debtor"), for authority to use cash collateral (the "Motion"); notice having been duly given to the Twenty Largest Unsecured Creditors and other parties-in-interest; the Court having reviewed the Motion and the Budget appended thereto ("Budget"); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. As the interim use of cash collateral pursuant to § 363 of the Bankruptcy Code, the Debtor may use rent proceeds generated from the subject real property commonly known as 12337 Route 59, Plainfield, Illinois in the amount of $7,027.50 for the period of November 21, 2011 through December 11, 2011, to pay utilities and maintenance as designated on the Budget appended to the Motion as Exhibit 1 to AT&T, Commonwealth Edison, Allied, the Village of Plainfield, Nicor and CPMI Porter.

2. A final hearing on the Motion is scheduled for _Dec. 9_, 2011 at _9:30_, without further notice.

Enter: *[signature: Eugene R. Wedoff]*

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: 2 3 NOV 2011

**Prepared by counsel of Movant:**

Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
401 S. LaSalle Street, Suite 40
Chicago, IL  60605
T. 312-663-0004
F. 312-663-1514
ARDC No. 03125591

Rev: 20101008_bko